UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES LEE VANN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHIAPPA FIREARMS USA, LTD., OLIN WINCHESTER, LLC, and FICTITIOUS DEFENDANTS 1-4, those persons, corporations, partnerships or entities who were responsible for the design, manufacturing, testing, marketing, selling, and/or distribution of the product which caused injuries to the Plaintiff and/or whose acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to the Plaintiff, but which will be substituted by amendment when ascertained, <br><br> Defendants. | Case No.: 7:25-cv-00079-WLS |

## STIPULATED ORDER CONCERNING THE NUMBER OF REQUESTS FOR PRODUCTION PERMITTED TO BE SERVED BY EACH PARTY

Plaintiff JAMES LEE VANN, JR. ("Plaintiff") and Defendant CHIAPPA FIREARMS USA, LTD. ("Chiappa") hereby stipulate and agree as follows:

1.  Local Rule 34 limits the number of requests for production that can be served by each party to ten (10) requests.

2.  Plaintiff and Chiappa agree that this is a complex product liability matter requiring more than the standard ten (10) requests for production by and between them under Local Rule 34.

3.  Plaintiff and Chiappa stipulate and agree that in the interest of justice and proper disclosure, thirty (30) requests for production for Plaintiff to potentially be served on Chiappa and

1

thirty (30) requests for production for Chiappa to potentially be served on Plaintiff, are necessary here.

4. Plaintiff and Chiappa stipulate and agree that after the thirty (30) requests for production have been responded to, should either Plaintiff or Chiappa believe that additional requests for production are necessary, Plaintiff and Chiappa may stipulate to such additional requests, and in the absence of a stipulation and/or agreement, any party seeking additional requests for production may seek leave of Court for such additional requests.

SO STIPULATED AND AGREED:

/s/ C. Brian Jarrard
C. Brian Jarrard
GA Bar No. 389497
/s/ John J. Makowski
John J. Makowski
GA Bar No. 466962
JARRARD LAW GROUP, LLC
4108 Arkwright Road, Suite 2
Macon, GA 31210
Phone: (478) 477-0004
Fax: (478) 477-0014
brian@jarrardlawgroup.com
john@jarrardlawgroup.com

/s/ Sam D. Dennis
Sam D. Dennis
GA Bar No. 218315
SAM DENNIS, P.C.
1107 N. Patterson Street
Valdosta, GA 31601
Phone: (229) 244-4428
Fax: (229) 242-1352
sam@samdennislaw.com

**Attorneys for Plaintiff**

/s/ Ryan L. Erdreich
Ryan L. Erdreich (admittd PHV)
PISCIOTTI LALLIS ERDREICH
30A Vreeland Road, Suite 300
Florham Park, NJ 07932
Telephone: (561) 666-7030
Facsimile: (973) 245-8101
rerdreich@pisciotti.com

and

/s/ John F. Weeks IV
John F. Weeks IV
Georgia Bar No. 335528
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3746
Facsimile: (404) 685-7046
jweeks@sgrlaw.com

**Attorneys for Defendant Chiappa Firearms, USA, Ltd.**

SO ORDERED, this 9th day of December, 2025

/s/ W. Louis Sands
HON. W. LOUIS SANDS
UNITED STATES DISTRICT COURT