**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JAMES LEE VANN, JR.,                                  :
                                                      :
                                                      :
        Plaintiff,                                    :
v.                                                    :        CASE NO.: 7:25-CV-00079 (WLS)
                                                      :
CHIAPPA FIREARMS USA, LTD, *et al.*,   :
                                                      :
        Defendants.                                   :
                                                      :

## ORDER

On July 16, 2026, the Court held a telephone conference in the above-captioned matter at the Parties' request. The Court issues this Order to memorialize the Court's rulings made during the conference.

The Court heard from counsel for both Parties regarding an apparent discovery dispute over Plaintiff's expert disclosures under Federal Rule of Civil Procedure 26. However, the Parties, in conferring ahead of the conference, determined that the dispute could potentially be resolved by an extension of the discovery period and relevant deadlines to allow Plaintiff time to engage a new expert and produce the required reports. At the conference, the Parties informed the Court of their discussions. Additionally, Defense Counsel informed the Court that the Parties have also discussed engaging in settlement negotiations. The Parties all agreed to a stay of discovery to allow for those negotiations to take place before additional discovery is conducted.

Accordingly, all discovery, pleading, motion, or other case deadlines in the above-captioned matter shall be **STAYED** for a period of forty-five (45) days from the entry of this Order, or through **Monday, August 31, 2026**, to allow the Parties to engage in settlement negotiations.

The Parties are **ORDERED** to file a joint status report by the same date, **Monday, August 31, 2026**, notifying the Court whether a settlement has been reached, whether additional time is needed to complete settlement negotiations, or whether the stay should be lifted, and if so, whether additional time is needed to complete discovery. If additional

discovery is necessary, Counsel shall immediately confer and submit to the Court a proposed amended discovery order addressing deadlines not expired at the time this Order was entered.

SO ORDERED, this 17th day of July 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**