**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| JAMES LEE VANN, JR., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-00079 (WLS) |
| | : | |
| CHIAPPA FIREARMS USA, LTD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On July 17, 2026, the Court issued an Order memorializing the Court's rulings made during the telephone conference of July 16, 2026. (Doc. 36.) In the Order, the Court stayed all case deadlines for a forty-five-day period through Monday, August 31, 2026, to allow the parties to engage in settlement negotiations. (*Id.* at 1.) The Court further ordered the parties to file a joint status report by the same date, notifying the Court whether additional time is needed to complete settlement negotiations. (*Id.*)

On August 31, 2026, the parties filed a joint status report in which they state that they remain "somewhat far apart in terms of the viewed settlement value of the case and potential liability issues." (Doc. 37 at 1.) The parties therefore request a sixty-day extension to allow time to continue settlement efforts and set a mediation conference. (*Id.* at 1–2.)

Accordingly, all discovery, pleading, motion, or other case deadlines in the above-captioned matter shall be **STAYED** for a period of sixty days from the entry of this Order, or through **Monday, November 2, 2026**,[1] to allow the Parties to engage in settlement negotiations. The Parties are **ORDERED** to file a joint status report by the same date, **Monday, November 2, 2026**, notifying the Court of whether a settlement has been reached. If settlement is not reached by that date, counsel shall immediately confer and inform the Court as to whether additional time is needed to complete discovery. If additional discovery

[1] Because the end of the sixty-day period falls on a weekend, the Court has adjusted the deadline to the next business day.

is necessary, Counsel shall submit to the Court a proposed amended discovery order addressing deadlines not expired at the time this Order was entered.

**SO ORDERED**, this 2nd day of September 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**