**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| JAMES LEE VANN, JR.<br><br>Plaintiff,<br>v.<br><br>CHIAPPA FIREARMS USA, LTD., et. al.<br><br>Defendants. | Case No.: 7:25-cv-00079-WLS |

**ORDER**

The parties filed their notice of settlement on November 9, 2026. (Doc. 40.) In the notice, the parties state that they will file a stipulation of dismissal "in the near future." (*Id.* at 1.) In view of their notice of settlement, the parties are **ORDERED** to file a stipulation of dismissal within **30 days** of their notice, **Wednesday, December 9, 2026**, or alternatively request additional time and explain the reason for the request.

**SO ORDERED**, this 12th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**